

**Arnold B. Calmann**
 (973) 645-4828
 abc@saiber.com

August 24, 2012

**BY ECF AND FACSIMILE**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
**Clarkson S. Fisher Federal Building
 & U.S. Courthouse**
402 East State Street, Room 2020
Trenton, New Jersey 08608

   Re: *GlaxoSmithKline PLC et al. v. Hikma Pharmaceutical Co., Ltd. et al.*
      **Case No. 3:12-cv-1965 (FLW) (DEA)**

Dear Judge Arpert:

  We, along with our co-counsel, Merchant & Gould, represent Defendants Hikma Pharmaceutical Co., Ltd. and West-Ward Pharmaceutical Corp. (collectively "Hikma") in the above matter.

  We write jointly on behalf of Hikma and Plaintiffs to request a two-week extension of time for Hikma to file its Bill of Costs pursuant to Local Civil Rule 54.1. The parties request an extension of time because they are negotiating an agreement to resolve appeal and the bill of costs issues, and the additional time would facilitate reaching and finalizing such an agreement. Thus, we would very much appreciate a modest extension of the filing date for the Bill of Costs from August 30, 2012 until September 13, 2012. If the parties' request meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below.

  We thank the Court for its consideration and assistance in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

           Respectfully submitted,

           */s/ Arnold B. Calmann*
           Arnold B. Calmann

ABC:kae

cc: Counsel of record (by ECF and electronic mail)

Honorable Douglas E. Arpert, U.S.M.J.
August 23, 2012
Page 2

**So Ordered** this_____day of August, 2012:

_____
**HONORABLE DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**