Liza M. Walsh, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217
*Attorneys for Plaintiffs*
*GlaxoSmithKline plc,*
*GlaxoSmithKline LLC, Glaxo*
*Group Limited, SmithKline*
*Beecham Limited, Pfizer, Inc.,*
*and Encysive Pharmaceuticals, Inc.*

**RECEIVED**

AUG 2 7 2012

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLAXOSMITHKLINE PLC, *et al.*, : <br><br> *Plaintiffs*, : <br><br> vs. : <br><br> HIKMA PHARMACEUTICAL CO., LTD., : <br> *et al.* : <br><br> *Defendants.* : | **CIVIL CASE NO.** <br> **3:12-CV-01965-FLW-DEA** |

### STIPULATION

WHEREAS the Plaintiffs GlaxoSmithKline plc, GlaxoSmithKline LLC, Glaxo Group Limited, SmithKline Beecham Limited, Pfizer, Inc., and Encysive Pharmaceuticals, Inc. (hereinafter "Plaintiffs") filed on March 30, 2012 their Complaint alleging that Defendants Hikma Pharmaceutical Co., Ltd. and West-

-1-

2762728-01

Ward Pharmaceutical Corp. (hereinafter "Defendants") infringed United States Patent No. 5,214,052 (the "'052 patent") under 35 U.S.C. § 271;

WHEREAS the Defendants filed on May 21, 2012 their Answer and Counterclaim that Defendants do not infringe the '052 patent and that the '052 patent is invalid for failure to comply with 35 U.S.C. § 112;

WHEREAS the Court conducted a four-day bench trial commencing July 10, 2012; and

WHEREAS the Court issued an Opinion and Order dated July 31, 2012 (Dkt. Nos. 88 and 89);

NOW, THEREFORE, the above-identified parties hereby stipulate and agree that:

1. Plaintiffs hereby agree not to file or pursue any appeal from the Opinion and Order of this Court dated July 31, 2012 (Dkt. Nos. 88, 89), except as set forth in paragraph 3 below;

2. Defendants hereby agree (a) not to file or pursue any appeal from the Opinion and Order of this Court dated July 31, 2012 (Dkt. Nos. 88, 89), except as set forth in paragraph 3 below, and (b) not to file or pursue a bill of costs pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1, except as set forth in paragraph 3 below; and

3. In the event one or more of Involuntary Plaintiffs/Counterclaim Defendants Mitsubishi Chemical Corp. and Mitsubishi Tanabe Pharma Corp. timely file or pursue any appeal from the Opinion and Order of this Court dated July 31, 2012 (Dkt. Nos. 88, 89), (a) Plaintiffs and Defendants have the right to

file or pursue an appeal from the Opinion and Order of this Court dated July 31, 2012 (Dkt. Nos. 88, 89) pursuant to Fed. R. App. P. 4(a)(3); and (b) Defendants shall have the right to file and pursue a bill of costs pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1; and

4. All of Plaintiffs and Defendants shall bear their own attorney's fees and costs associated with this litigation, with the exception of Defendants' right to file or pursue a bill of costs pursuant to paragraph 3 above.

SO STIPULATED and respectfully submitted this 24th day of August, 2012.

s/ Liza M. Walsh
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217

*Attorneys for Plaintiffs GlaxoSmithKline plc, GlaxoSmithKline LLC, SmithKline Beecham Limited, Glaxo Group Limited, Pfizer, Inc., and Encysive Pharmaceuticals, Inc.*

Robert J. Gunther, Jr.
Christopher R. Noyes
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

s/ Arnold B. Calmann
Arnold B. Calmann
Jeffrey S. Soos
Katherine Ann Escanlar
SAIBER LLC
One Gateway Center
10th Floor
Newark, NJ 07102-5311
abc@saiber.com
js@saiber.com
kae@saiber.com

*Attorneys for Defendants Hikma Pharmaceutical Co., Ltd. and West-Ward Pharmaceutical Corp.*

Jeffrey S. Ward
Wendy Ward
Shane A. Brunner
Edward J. Pardon
Joel F. Graham
MERCHANT & GOULD
10 East Doty Street

Facsimile: (212)230-8888
Lisa J. Pirozzolo
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Plaintiffs GlaxoSmithKline plc, GlaxoSmithKline LLC, SmithKline Beecham Limited, and Glaxo Group Limited*

Suite 600
Madison, WI 53703
jward@merchantgould.com
wward@merchantgould.com
sbrunner@merchantgould.com
epardon@merchantgould.com
jfgraham@merchantgould.com

*Attorneys for Defendants Hikma Pharmaceutical Co., Ltd. and West-Ward Pharmaceutical Corp.*

Martin L. Katz
WOOD PHILLIPS
500 West Madison Street, Suite 3800
Chicago, IL 60661-2511
mlkatz@woodphillips.com

*Attorneys for Plaintiffs Pfizer, Inc., and Encysive Pharmaceuticals, Inc.*

SO ORDERED this 27th day of August, 2012,

_____
Honorable Freda L. Wolfson
United States District Judge