IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLAXOSMITHKLINE PLC; PFIZER, INC.; ENCYSIVE PHARMACEUTICALS, INC.;<br><br>Plaintiffs,<br><br>MITSUBISHI CHEMICAL CORP.; and MITSUBISHI TANABE PHARMA CORP.,<br><br>Involuntary Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICAL CO., LTD.; and WEST-WARD PHARMACEUTICAL CORP.,<br><br>Defendants. | C.A. No. 3:12-CV-01965-FLW-DEA<br><br>**NOTICE OF PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO SEAL AND REDACT THE TRIAL TRANSCRIPTS**<br><br>Return Date: November 19, 2012<br><br>*Document Filed Electronically* |

**PLEASE TAKE NOTICE** that on November 19, 2012, or as soon as counsel may be heard, Plaintiffs GlaxoSmithKline, Pfizer, and Encysive Pharmaceuticals ("Plaintiffs") and Defendants Hikma and West-Ward Pharmaceutical, ("Defendants") shall appear before the Honorable Douglas E. Arpert, U.S.M.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and shall jointly move under Local Civil Rule 5.3(c) for an Order to seal and redact portions of the

transcripts of the proceedings held before the Honorable Freda L. Wolfson, U.S.D.J., on July 10-13, 2012 ("Transcripts").

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs and Defendants will rely on the accompanying Brief, and papers submitted with it, in support of this Motion to Seal and Redact. Plaintiffs and Defendants also submit proposed Findings of Fact and Conclusions of Law and a proposed Order for the Court's consideration.

Dated: October 26, 2012                 Respectfully submitted,

| /s/ Liza M. Walsh | /s/ Arnold B. Calmann |
|---|---|
| Liza M. Walsh<br>**CONNELL FOLEY LLP**<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>Phone: (973) 535-0500<br>Facsimile: (973) 535-9217<br><br>*Attorneys for Plaintiffs GlaxoSmithKline PLC, GlaxoSmithKline, LLC, SmithKline Beecham Limited, Glaxo Group Limited, Pfizer, Inc. and Encysive Pharmaceuticals, Inc.*<br><br>Robert J. Gunther, Jr.<br>Christopher R. Noyes<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Phone: (212) 230-8800 | Arnold B. Calmann<br>Jeffrey S. Soos<br>Katherine A. Escanlar<br>**SAIBER LLC**<br>One Gateway Center, 10th Floor<br>Newark, NJ 07102-5311<br>Phone: (973) 622-3333<br>Facsimile: (973) 622-3349<br>abc@saiber.com<br>jsoos@saiber.com<br>kescanlar@saiber.com<br><br>Jeffrey S. Ward<br>Wendy M. Ward<br>Shane A. Brunner<br>**MERCHANT & GOULD PC**<br>10 East Doty Street, Suite 600<br>Madison, WI 53703<br>(608) 280-6750 (telephone)<br>(612) 332-9081 (facsimile) |

| | |
|---|---|
| Facsimile: (212) 230-8888<br><br>Lisa J. Pirozzolo<br>Vinita Ferrera<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Phone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>*Attorneys for Plaintiffs GlaxoSmithKline PLC, GlaxoSmithKline, LLC, SmithKline Beecham Limited, and Glaxo Group Limited*<br><br>Martin L. Katz<br>**WOOD PHILLIPS**<br>500 West Madison Street, Suite 3800<br>Chicago, IL 60661-2511<br><br>*Attorneys for Plaintiffs Pfizer, Inc. and Encysive Pharmaceuticals, Inc.* | *Attorneys for Defendants Hikma Pharmaceutical Co., Ltd. and West-Ward Pharmaceutical Corp.* |

3