| | |
|---|---|
| Arnold B. Calmann<br>(abc@saiber.com)<br>Jeffrey Soos (js@saiber.com)<br>Katherine A. Escanlar<br>(kae@saiber.com)<br>**SAIBER LLC**<br>One Gateway Center, 10th Floor<br>Newark, New Jersey 07102-5311<br>(973) 622-3333 (telephone)<br>(973) 286-2465 (facsimile)<br><br>Attorneys for Defendants<br>Hikma Pharmaceutical Co., Ltd. and<br>West-Ward Pharmaceutical Corp. | Jeffrey S. Ward<br>(jward@merchantgould.com)<br>Wendy M. Ward<br>(wward@merchantgould.com)<br>Shane A. Brunner<br>(sbrunner@merchantgould.com)<br>Edward J. Pardon<br>(epardon@merchantgould.com)<br>**MERCHANT & GOULD**<br>10 East Doty Street<br>Suite 600<br>Madison, WI 53703<br>(608) 280-6750 (telephone)<br>(612) 332-9081 (facsimile) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLAXOSMITHKLINE PLC; PFIZER INC., and ENCYSIVE PHARMACEUTICALS, INC.,<br><br>              Plaintiffs,<br><br>v.<br><br>MISTUBISHI CHEMICAL CORP. and MISTUBISHI TANABE PHARMA CORP.,<br><br>              Involuntary Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICAL CO., LTD. and WEST-WARD PHARMACEUTICAL CORP.,<br><br>              Defendants. | Civil Action No. 3:12-cv-1965 (FLW) (DEA)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br>*DOCUMENT ELECTRONICALLY FILED* |

**ARNOLD B. CALMANN**, hereby certifies as follows:

1.  I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.  I hereby certify that on this 26th day of October 2012, I caused a copy of Plaintiffs' and Defendants' Joint (1) Notice of Motion to Seal; (2) Brief in Support thereof; (3) Proposed Findings of Fact and Conclusions of Law; (4) Order to Seal; and (5) Certificate of Service, to be served upon the following counsel:

<u>by CM/ECF and E-mail</u>:

Vinita Ferrera
Martin Gilmore
**WILMERHALE**
60 State Street
Boston, MA 02109
Vinita.Ferrera@wilmerhale.com
Martin.Gilmore@wilmerhale.com

Robert J. Gunther, Jr.
Christopher R. Noyes
**WILMERHALE**
399 Park Avenue
New York, NY 10022
Robert.Gunther@wilmerhale.com
Christopher.Noyes@wilmerhale.com

Liza M. Walsh
Jessica L. Palmer

2

**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
jpalmer@connellfoley.com

Jeffrey M. Drake
Martin L. Katz
**WOOD PHILLIPS**
500 West Madison Street, Suite 3800
Chicago, IL 60661-2511
jmdrake@woodphillips.com
mlkatz@woodphillips.com

Dated:     October 26, 2012            <u>s/ Arnold B. Calmann</u>
                                       Arnold B. Calmann