Liza M. Walsh
Jessica L. Palmer
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
*Attorneys for Plaintiffs*
*GlaxoSmithKline plc, Pfizer, Inc.*
*and Encysive Pharma., Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLAXOSMITHKLINE PLC; PFIZER, INC.; and ENCYSIVE PHARMACEUTICALS, INC., <br><br> *Plaintiffs*, <br><br> MITSUBISHI CHEMICAL CORP. and MITSUBISHI TANABE PHARMA CORP., <br><br> *Involuntary Plaintiffs*, <br><br> vs. <br><br> HIKMA PHARMACEUTICAL CO., LTD. and WEST-WARD PHARMACEUTICAL CORP., <br><br> *Defendants*. | Civil Action No. 3:12-1965 (FLW/DEA) <br><br><br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

To:   William T. Walsh, Clerk
      United States District Court for the
      District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws her appearance as counsel for Plaintiffs GlaxoSmithKline plc, Pfizer Inc. and Encysive Pharmaceuticals, Inc. in the above-captioned matter and requests removal from all service lists.

2686943-01

Dated: April 24, 2013            By:     *s/ Jessica L. Palmer*
                                         Jessica L. Palmer
                                         **CONNELL FOLEY LLP**
                                         85 Livingston Avenue
                                         Roseland, New Jersey 07068
                                         (973) 535-0500

2686943-01